# Bavagnoli & Bavagnoli, LLC

*Attorneys at Law*
12 Furler Street
P.O. Box 147
Totowa, NJ 07511-0147
Tel (973)785-9522
Fax (973)785-9229
E-Mail: *RJBavagnoli@aol.com*
*rcbesq@bavlaw.com*

Robert J. Bavagnoli+*
Ronald C. Bavagnoli #*

Also Member of NY Bar #
Also Member of PA Bar+
Also Member of DC Bar*

Reply to: **Totowa Office**

*Essex County Office:*
Newark Gateway Center
One Gateway Center, Suite 2600
Newark, NJ 07102

*New York Office:*
232 Madison Avenue, Suite 1200
New York, NY 10016

March 9, 2017

**VIA FACSIMILE (732) 902-5398**
Francesca A. Arcure, Esq.
Buckley Madole, PC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830

    RE:   **Craig DeFazio and Cynthia DeFazio, Debtors**
            **Chapter 13 Bankruptcy – Case No.: 14-29154**

Dear Ms. Arcure:

As you know, our office represents Debtors, Craig DeFazio and Cynthia DeFazio, with respect to the above-captioned matter.

Pursuant to your telephone conversation with my paralegal Joanne last week, with respect to your pending motion currently returnable on March 15, 2017, wherein, Joanne had advised you that our clients would be able to cure their post-petition mortgage payments due, outside the plan.

You had advised her to contact you on Thursday, March 9, 2017, to obtain the amount needed to bring my clients current with the mortgage payments outside the plan.

Our office had left 2 messages today, which we have not heard from you.

Upon receipt of this correspondence, kindly contact our office and advise as to the amount needed to bring my clients current with the mortgage payments outside the plan.

I look forward to hearing from you shortly.

Very truly yours,

Ronald C. Bavagnoli

cc: Craig & Cynthia DeFazio

```
                    ***********************
                    ***   TX REPORT     ***
                    ***********************

    TRANSMISSION OK

    TX/RX NO              0696
    RECIPIENT ADDRESS     17329025398
    DESTINATION ID
    ST. TIME              03/09 16:14
    TIME USE              00'39
    PAGES SENT            1
    RESULT                OK
```

# Bavagnoli & Bavagnoli, LLC

*Attorneys at Law*
12 Furler Street
P.O. Box 147
Totowa, NJ 07511-0147
Tel (973)785-9522
Fax (973)785-9229
E-Mail: RJBavagnoli@aol.com
rcbesq@bavlaw.com

Robert J. Bavagnoli+*
Ronald C. Bavagnoli #*

Also Member of NY Bar #
Also Member of PA Bar+
Also Member of DC Bar*

March 9, 2017

Reply to: <u>Totowa Office</u>

<u>Essex County Office:</u>
Newark Gateway Center
One Gateway Center, Suite 2600
Newark, NJ 07102

<u>New York Office:</u>
232 Madison Avenue, Suite 1200
New York, NY 10016

**VIA FACSIMILE (732) 902-5398**
Francesca A. Arcure, Esq.
Buckley Madole, PC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830

    RE:   Craig DeFazio and Cynthia DeFazio, Debtors
            Chapter 13 Bankruptcy – Case No.: 14-29154

Dear Ms. Arcure:

      As you know, our office represents Debtors, Craig DeFazio and Cynthia DeFazio, with respect to the above-captioned matter.

      Pursuant to your telephone conversation with my paralegal Joanne last week, with respect to your pending motion currently returnable on March 15, 2017, wherein, Joanne had advised you that our clients would be able to cure their post-petition mortgage payments due, outside the plan.

      You had advised her to contact you on Thursday, March 9, 2017, to obtain the amount needed to bring my clients current with the mortgage payments outside the plan.

      Our office had left 2 messages today, which we have not heard from you.

# Bavagnoli & Bavagnoli, LLC

*Attorneys at Law*
12 Furler Street
P.O. Box 147
Totowa, NJ 07511-0147
*Tel (973)785-9522*
*Fax (973)785-9229*
E-Mail: RJBavagnoli@aol.com
rcbesq@bavlaw.com

Robert J. Bavagnoli+*
Ronald C. Bavagnoli #*

Also Member of NY Bar #
Also Member of PA Bar+
Also Member of DC Bar*

**Reply to: Totowa Office**

Essex County Office:
Newark Gateway Center
One Gateway Center, Suite 2600
Newark, NJ 07102

New York Office:
232 Madison Avenue, Suite 1200
New York, NY 10016

March 31, 2017

*SECOND REQUEST 4-3-2017*

**VIA FACSIMILE (732) 902-5398**
Francesca A. Arcure, Esq.
Buckley Madole, PC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830

RE:  Craig DeFazio and Cynthia DeFazio, Debtors
     Chapter 13 Bankruptcy – Case No.: 14-29154

Dear Ms. Arcure:

As you know, our office represents Debtors, Craig DeFazio and Cynthia DeFazio, with respect to the above-captioned matter.

Pursuant to our previous telephone conversations and letter dated March 9, 2017 regarding your motion, kindly contact our office and advise as to the amount needed to bring my clients current with the mortgage payments outside the plan.

I look forward to hearing from you shortly.

Very truly yours,

Ronald C. Bavagnoli

cc: Craig & Cynthia DeFazio

```
**********************
***   TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO               0870
RECIPIENT ADDRESS      17329025398
DESTINATION ID
ST. TIME               03/31 11:07
TIME USE               00'29
PAGES SENT             1
RESULT                 OK
```

# Bavagnoli & Bavagnoli, LLC

*Attorneys at Law*
12 Furler Street
P.O. Box 147
Totowa, NJ 07511-0147
Tel (973)785-9522
Fax (973)785-9229
E-Mail: RJBavagnoli@aol.com
rcbesq@bavlaw.com

Robert J. Bavagnoli+*
Ronald C. Bavagnoli #*

Also Member of NY Bar #
Also Member of PA Bar+
Also Member of DC Bar*

Reply to: **Totowa Office**

March 31, 2017

*Essex County Office:*
Newark Gateway Center
One Gateway Center, Suite 2600
Newark, NJ 07102

*New York Office:*
232 Madison Avenue, Suite 1200
New York, NY 10016

**VIA FACSIMILE (732) 902-5398**
Francesca A. Arcure, Esq.
Buckley Madole, PC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830

  RE: **Craig DeFazio and Cynthia DeFazio, Debtors**
     **Chapter 13 Bankruptcy – Case No.: 14-29154**

Dear Ms. Arcure:

  As you know, our office represents Debtors, Craig DeFazio and Cynthia DeFazio, with respect to the above-captioned matter.

  Pursuant to our previous telephone conversations and letter dated March 9, 2017 regarding your motion, kindly contact our office and advise as to the amount needed to bring my clients current with the mortgage payments outside the plan.

  I look forward to hearing from you shortly.

Very truly yours,

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    0884
RECIPIENT ADDRESS           17329025398
DESTINATION ID
ST. TIME                    04/03 16:25
TIME USE                    00'30
PAGES SENT                  1
RESULT                      OK
```

# Bavagnoli & Bavagnoli, LLC

*Attorneys at Law*
12 Furler Street
P.O. Box 147
Totowa, NJ 07511-0147
Tel (973)785-9522
Fax (973)785-9229
E-Mail: RJBavagnoli@aol.com
rcbesq@bavlaw.com

Robert J. Bavagnoli +■
Ronald C. Bavagnoli #■

Also Member of NY Bar #
Also Member of PA Bar+
Also Member of DC Bar*

Reply to: Totowa Office

**VIA FACSIMILE (732) 902-5398**
Francesca A. Arcure, Esq.
Buckley Madole, PC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830

March 31, 2017

*Essex County Office:*
Newark Gateway Center
One Gateway Center, Suite 2600
Newark, NJ 07102

*New York Office:*
232 Madison Avenue, Suite 1200
New York, NY 10016

SECOND REQUEST
4-3-2017

RE:   Craig DeFazio and Cynthia DeFazio, Debtors
      Chapter 13 Bankruptcy – Case No.: 14-29154

Dear Ms. Arcure:

    As you know, our office represents Debtors, Craig DeFazio and Cynthia DeFazio, with respect to the above-captioned matter.

    Pursuant to our previous telephone conversations and letter dated March 9, 2017 regarding your motion, kindly contact our office and advise as to the amount needed to bring my clients current with the mortgage payments outside the plan.

    I look forward to hearing from you shortly.

Very truly yours,