Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on May 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Craig DeFazio and Cynthia DeFazio, | Case No. 14-29154-RG |
|  | Hearing Date: April 5, 2017 at 10:30 AM |
| Debtors. | Judge: Rosemary Gambardella |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AN DPROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: May 4, 2017**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Craig DeFazio and Cynthia DeFazio |
| Case No.: | 14-29154-RG |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

THIS MATTER having been opened to the Court upon the motion of Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon, FKA, the Bank of New York as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-10 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 60 6th Ave, Westwood, NJ 07675-2023, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent one (1) post-petition payment of $2,814.90 due January 2015, four (4) post-petition payments of $2,823.64 due February 2015 through May 2015, seven (7) post-petition payments of $2,826.23 due June 2015 through December 2015, eleven (11) post-petition payments of $2,885.68 due January 2016 through November 2016, five (5) post-petition payments of $2,846.86 due December 2016 through April 2017, less suspense of $1,518.74, for a total delinquency of $78,351.11.

2. Debtors to make a lump sum payment to Movant towards the arrears in secured funds in the amount of $78,351.11 no later than by April 30, 2017.

3. Payments to resume timely and in full with the May 2017 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 60 6th Ave, Westwood, NJ 07675-2023.

| | |
|---|---|
| Debtors: | Craig DeFazio and Cynthia DeFazio |
| Case No.: | 14-29154-RG |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

5. Debtors to pay attorney fees and costs for the motion for relief in the amount of $531.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

**Buckley Madole, P.C.**  
Attorney for the Secured Creditor

By: */s/ Francesca A. Arcure*  
    Francesca A. Arcure

Date: April 26, 2017

**Bavagnoli & Bavagnoli**  
Attorney for the Debtors

By: */s/ Ronald C. Bavagnoli*  
    Ronald C. Bavagnoli

Date: April 25, 2017