Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on May 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Craig DeFazio and Cynthia DeFazio, | Case No. 14-29154-RG |
| | Hearing Date: April 5, 2017 at 10:30 AM |
| Debtors. | Judge: Rosemary Gambardella |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AN DPROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: May 4, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| Debtors: | Craig DeFazio and Cynthia DeFazio |
|---|---|
| Case No.: | 14-29154-RG |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

THIS MATTER having been opened to the Court upon the motion of Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon, FKA, the Bank of New York as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-10 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 60 6th Ave, Westwood, NJ 07675-2023, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent one (1) post-petition payment of $2,814.90 due January 2015, four (4) post-petition payments of $2,823.64 due February 2015 through May 2015, seven (7) post-petition payments of $2,826.23 due June 2015 through December 2015, eleven (11) post-petition payments of $2,885.68 due January 2016 through November 2016, five (5) post-petition payments of $2,846.86 due December 2016 through April 2017, less suspense of $1,518.74, for a total delinquency of $78,351.11.

2. Debtors to make a lump sum payment to Movant towards the arrears in secured funds in the amount of $78,351.11 no later than by April 30, 2017.

3. Payments to resume timely and in full with the May 2017 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 60 6th Ave, Westwood, NJ 07675-2023.

Debtors:            Craig DeFazio and Cynthia DeFazio
Case No.:           14-29154-RG
Caption of Order:   CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION
                    FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING
                    FOR CURE OF POST-PETITION ARREARS

---

5.  Debtors to pay attorney fees and costs for the motion for relief in the amount of $531.00 to be

    paid as an administrative claim through the plan.

Consent to Form and Entry

**Buckley Madole, P.C.**                    **Bavagnoli & Bavagnoli**
Attorney for the Secured Creditor           Attorney for the Debtors

By: */s/ Francesca A. Arcure*_____   By:*/s/ Ronald C. Bavagnoli*_____
     Francesca A. Arcure                         Ronald C. Bavagnoli

Date: April 26, 2017                        Date: April 25, 2017

CONSENT ORDER                                               7655-N-0894
                                                            OrdCOERPNJBAll

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-29154-RG
Craig DeFazio                                                       Chapter 13
Cynthia DeFazio
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 1            Date Rcvd: May 04, 2017
                               Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db/jdb         +Craig DeFazio,    Cynthia DeFazio,    60 6th Avenue,    Westwood, NJ 07675-2023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2004-10 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Francesca Ann Arcure   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for
           The Bank of New York Mellon, FKA, the Bank of New York as Trustee for CWABS, Inc., Asset-Backed
           Certificates, Series 2004-10 nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2004-10 nj_ecf_notices@buckleymadole.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Capital mortonlaw.bcraig@verizon.net,
           tfitz@mortoncraig.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Financial mortonlaw.bcraig@verizon.net,
           tfitz@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2004-10 jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Ronald C. Bavagnoli   on behalf of Joint Debtor Cynthia  DeFazio rcbesq@bavlaw.com
          Ronald C. Bavagnoli   on behalf of Debtor Craig  DeFazio rcbesq@bavlaw.com
                                                                                        TOTAL: 9