Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−29154−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig DeFazio                                             Cynthia DeFazio
   60 6th Avenue                                           60 6th Avenue
   Westwood, NJ 07675                           Westwood, NJ 07675

Social Security No.:
   xxx−xx−8420                                               xxx−xx−3970

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/1/19 at 10:00 AM

to consider and act upon the following:

*87* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Greenberg, Marie−Ann)

*88* − Certification in Opposition to Certification of Default (related document:87 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Marie−Ann Greenberg) filed by Ira S. Kornstein on behalf of Craig DeFazio. (Kornstein, Ira)

Dated: 4/1/19

                                                                             Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court