Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−29154−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig DeFazio                                               Cynthia DeFazio
   60 6th Avenue                                               60 6th Avenue
   Westwood, NJ 07675                                          Westwood, NJ 07675

Social Security No.:
   xxx−xx−8420                                                 xxx−xx−3970

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/1/19 at 10:00 AM

to consider and act upon the following:

*87* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Greenberg, Marie−Ann)

*88* − Certification in Opposition to Certification of Default (related document:87 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Marie−Ann Greenberg) filed by Ira S. Kornstein on behalf of Craig DeFazio. (Kornstein, Ira)

Dated: 4/1/19

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Craig DeFazio  
Cynthia DeFazio  
    Debtors

Case No. 14-29154-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 01, 2019  
                    Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.  
db/jdb         +Craig DeFazio,   Cynthia DeFazio,   60 6th Avenue,   Westwood, NJ 07675-2023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-10 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
       Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon, FKA, the Bank of New York as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-10 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
       Ira S. Kornstein    on behalf of Debtor Craig DeFazio iskesq@aol.com  
       John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-10 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-10 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of New York as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-10 as serviced by Select Portfolio Servicing, Inc. NJ_ECF_Notices@McCalla.com  
       Ronald C. Bavagnoli    on behalf of Joint Debtor Cynthia DeFazio rcbesq@bavlaw.com  
       Ronald C. Bavagnoli    on behalf of Debtor Craig DeFazio rcbesq@bavlaw.com  
                                                                                                        TOTAL: 12