| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Craig DeFazio | Social Security number or ITIN   xxx–xx–8420 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Cynthia DeFazio | Social Security number or ITIN   xxx–xx–3970 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   14–29154–RG | | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Craig DeFazio                                                    Cynthia DeFazio

   <u>12/13/19</u>                                                          **By the court:** <u>Rosemary Gambardella</u>
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                         Case No. 14-29154-RG
Craig DeFazio                                                  Chapter 13
Cynthia DeFazio
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: 3180W              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db/jdb         +Craig DeFazio,    Cynthia DeFazio,    60 6th Avenue,    Westwood, NJ 07675-2023
cr             +Select Portfolio Servicing, Inc., as servicer for,     P. O. Box 9013,   Addison, TX 75001-9013
515055991      +Bank of America,    PO Box 941852,    Simi Valley, CA 93094-1852
515055992      +Capital Once Bank (USA), N.A.,    c/o Lyons, Doughty and Veldhuis, PC,
                 136 Gaither Drive, Suite 100,    PO Box 1269,    Mount Laurel, NJ 08054-7269
515055995      +Emily and Chesster Yurk,    145 West 27th Street,    Bayonne, NJ 07002-1711
515055996     #+Equiant Financial Svcs,    5401 N Pima Road, Suite 150,    Scottsdale, AZ 85250-2630
515887098      +Select Portfolio Servicing, Inc.,    3815 South West Temple,    Salt Lake City, Utah 84115,
                 Select Portfolio Servicing, Inc.,    3815 South West Temple,    Salt Lake City, Utah 84115-4412
515131932      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515287299      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     CERTIFICATEHOLDERS OF THE CWABS, INC., A,
                 Bank of America, N.A.,    PO BOX 660933,    Dallas, TX 75266-0933
515056001      +The Bank of New York Mellon,    c/o Kivitz McKeever Lee, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
515056003      +The Valley Hospital,    223 N. Van Dien Avenue,    Ridgewood, NJ 07450-2736
515056004      +The Valley Hospital,    c/o Celentano Stadtmauer & Walentowicz,    1035 US Highway 46,
                 Clifton, NJ 07013-2468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2019 00:03:46      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2019 00:03:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Dec 14 2019 04:28:00     Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
515104081       EDI: GMACFS.COM Dec 14 2019 04:28:00     Ally Capital serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
515055988     +EDI: GMACFS.COM Dec 14 2019 04:28:00     Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
515277360       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 23:59:36
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515055990       EDI: BANKAMER.COM Dec 14 2019 04:28:00     Bank of America,    4161 Piedmont Parkway,
                 Greensboro, NC 27410
515055993       EDI: CAPITALONE.COM Dec 14 2019 04:28:00     Capital One,    PO Box 85520,   Richmond, VA 23285
515162357       EDI: CAPITALONE.COM Dec 14 2019 04:28:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515223569       EDI: BL-BECKET.COM Dec 14 2019 04:28:00     Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
515055994     +EDI: WFNNB.COM Dec 14 2019 04:28:00     Comenity Bank/DRESSBRN,    PO Box 182789,
                 Columbus, OH 43218-2789
515078264     +EDI: TSYS2.COM Dec 14 2019 04:28:00     Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
515055997       EDI: IRS.COM Dec 14 2019 04:28:00     IRS,   PO Box 21126,   Philadelphia, PA 19114-0326
515055999     +EDI: TSYS2.COM Dec 14 2019 04:28:00     MCYDSNB,    9111 Duke Boulevard,   Mason, OH 45040-8999
516782648       EDI: PRA.COM Dec 14 2019 04:28:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
516782649       EDI: PRA.COM Dec 14 2019 04:28:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
515204291       EDI: PRA.COM Dec 14 2019 04:28:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,   Norfolk VA 23541
515208261       EDI: PRA.COM Dec 14 2019 04:28:00     Portfolio Recovery Associates, LLC,
                 c/o JC Penney Credit Card,    POB 41067,   Norfolk VA 23541
515293557       EDI: PRA.COM Dec 14 2019 04:28:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,   Norfolk VA 23541
515293398       EDI: PRA.COM Dec 14 2019 04:28:00     Portfolio Recovery Associates, LLC,
                 c/o Sears Charge Plus,    POB 41067,   Norfolk VA 23541
515138072       EDI: Q3G.COM Dec 14 2019 04:28:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
515056000     +EDI: RMSC.COM Dec 14 2019 04:28:00     SYNCB/JCP,    PO Box 965007,   Orlando, FL 32896-5007
                                                                                             TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Capital,    serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN  55113-0004
515055989*     +Ally Financial,    200 Renaissance Center,    Detroit, MI 48243-1300
515055998*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  IRS,    PO Box 21126,   Philadelphia, PA 19114-0326)
515056002*     +The Bank of New York Mellon,    c/o Kivitz McKeever Lee, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: 3180W           Total Noticed: 34

515887097     ##+Select Portfolio Servicing, Inc.,    3815 South West Temple,   Salt Lake City, Utah 84115-4412
                                                                                          TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2004-10 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for
               The Bank of New York Mellon, FKA, the Bank of New York as Trustee for CWABS, Inc., Asset-Backed
               Certificates, Series 2004-10 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2004-10 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Ira S. Kornstein    on behalf of Joint Debtor Cynthia  DeFazio iskesq@aol.com
              Ira S. Kornstein    on behalf of Debtor Craig  DeFazio iskesq@aol.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2004-10 jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2004-10 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of New
               York as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-10 as serviced by Select
               Portfolio Servicing, Inc. NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of
               New York as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-10 as serviced by
               Select Portfolio Servicing, Inc. phillip.raymond@mccalla.com
              Ronald C. Bavagnoli    on behalf of Debtor Craig  DeFazio rcbesq@bavlaw.com
              Ronald C. Bavagnoli    on behalf of Joint Debtor Cynthia  DeFazio rcbesq@bavlaw.com
                                                                                             TOTAL: 15